IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                                  Chapter 13

Wilean Moss                                                                      No.   08-09884

               Debtor                                                              Hon.  Jacqueline P. Cox

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

      Select Portfolio Servicing, Inc., Servicing agent for, U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

Select Portfolio Servicing, Inc. agrees that the trustee has cures the pre-petition arrears; Debtor is otherwise current; the fees for filing this Response are owed in the amount of $50.00


      The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

      To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.


                                                  Submitted by:

                                                  _____/s/ Susan J. Notarius_____
                                                  Attorney for Select Portfolio Servicing, Inc.




Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679